October 16, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

HORIZON UNITED GROUP INTERNATIONAL, LLC D/B/A HORIZON GROUP INTERNATIONAL, Appellant

NO. 14-12-00606-CV            V.

PEARLAND CAPITAL GROUP, LP, Appellee

_____

Today the Court heard appellee's motion to dismiss the appeal from the judgment signed by the court below on June 19, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Horizon United Group International, LLC d/b/a Horizon Group International.

We further order this decision certified below for observance.